THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v CHARLES FRAZIER, Respondent-Appellant.

Submitted August 31, 2009; decided September 15, 2009

Reported below, 58 AD3d 468.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the respondent-appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VAN GRIFFIN, Appellant.

Submitted August 24, 2009; decided September 15, 2009

Reported below, 44 AD3d 682.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed as untimely.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT G. MITCHELL, Appellant.

Submitted September 8, 2009; decided September 15, 2009

Reported below, 62 AD3d 1045.

Motion for assignment of counsel granted and Livingston L. Hatch, Esq., Essex County Public Defender, 7551 Court Street, PO Box 217, Elizabethtown, New York 12932 assigned as counsel to the appellant on the appeal herein.